

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-13-00868-CV

**FORT DUNCAN MEDICAL CENTER INC.,**
Appellant

v.

Edwin **MARTIN** and Esther Martin, Individually and as Representative of the Estate of Robert Martin,
Appellee/s

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 10-12-26093-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on April 14, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court